AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FUBON INSURANCE CO. LTD | ) Civil Action No. 2:23-cv-353 |
| TAIAN INSURANCE CO. LTD | ) |
| CATHAY CENTURY INSURANCE CO. LTD | ) |
| TAIWAN FIRE & MARINE INSURANCE CO. LTD | ) |
| THE FIRST INSURANCE CO. LTD | ) |
| SHINGKONG INSURANCE CO. LTD | ) |
| HOTAI INSURANCE CO. LTD | ) |
| MSIG MINGTAI INSURANCE CO. LTD | ) |
| UNION INSURANCE CO. LTD *as subrogee of* Lite-ON Singapore Pte. Ltd | ) |
| Plaintiffs | ) |
| v. | ) |
| DHL GLOBAL FORWARDING CO. LTD *(China)* | ) |
| DHL GLOBAL FORWARDING | ) |
| MARBAR LOGISTICS, INC | ) |
| Defendants | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiffs, Fubon Insurance Co. Ltd, Taian Insurance Co. Ltd, Cathay Century Insurance Co. Ltd, Taiwan Fire & Marine Insurance Co. Ltd, The First Insurance Co, Ltd, Shingkong Insurance Co. Ltd, Hotai Insurance Co. Ltd, MSIG Mingtai Insurance Co. Ltd, Union Insurance Co. Ltd recover from the defendant, Marbar Logistics, INC in the amount of One Hundred Thirty-Five Thousand Five Hundred Sixty-Eight Dollars and Sixty-Two Cents ($135,568.62); costs in the amount of Six Hundred Thirty-Seven Dollars and Zero Cents ($637.00); pre-judgment interest in the amount of Thirty Eight Thousand Nine Hundred Thirty-One Dollars and Four Cents ($38,931.04), plus post-judgment interest at the rate of 3.91 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Senior Judge James T. Moody on Plaintiffs' Motion for Default Judgment.

DATE: 08/19/2025                    *Chanda J. Berta, Clerk of Court*

                                    by   s/J. Barboza
                                         *Signature of Clerk or Deputy Clerk*