UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| FUBON INSURANCE CO. LTD., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:23 CV 353 |
| | ) | |
| DHL GLOBAL FORWARDING (CHINA) CO., LTD.; DHL GLOBAL FORWARDING; and MARBAR LOGISTICS, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

On August 14, 2025, this court entered default judgment in favor of plaintiffs and against defendant Marbar Logistics, Inc. (DE # 13.) The court ordered plaintiffs to file a status report regarding its claims against the remaining defendants. (*Id.*) Plaintiffs did so, indicating that they do not wish to continue this case against the remaining defendants. (DE # 16.) Accordingly, all defendants in this case are **TERMINATED** and this case is now **CLOSED**.

**SO ORDERED.**

Date: October 21, 2025

                                             s/James T. Moody
                                             JUDGE JAMES T. MOODY
                                             UNITED STATES DISTRICT COURT