AO 450 (Rev. 11/11)  Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FUBON INSURANCE CO. LTD | ) Civil Action No. 2:23-cv-353 |
| TAIAN INSURANCE CO. LTD | ) |
| CATHAY CENTURY INSURANCE CO. LTD | ) |
| TAIWAN FIRE & MARINE INSURANCE CO. LTD | ) |
| THE FIRST INSURANCE CO. LTD | ) |
| SHINGKONG INSURANCE CO. LTD | ) |
| HOTAI INSURANCE CO. LTD | ) |
| MSIG MINGTAI INSURANCE CO. LTD | ) |
| UNION INSURANCE CO. LTD *as subrogee of* Lite-ON Singapore Pte. Ltd | ) |
| Plaintiffs | ) |
| v. | ) |
| DHL GLOBAL FORWARDING CO. LTD *(China)* | ) |
| DHL GLOBAL FORWARDING | ) |
| MARBAR LOGISTICS, INC *TERMINATED: 08/19/2025* | ) |
| Defendants | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other: All Defendants in this case are TERMINATED.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Senior Judge James T. Moody

DATE: 10/23/2025                                    *Chanda J. Berta, Clerk of Court*

                                                                           by   s/J. Barboza_____
                                                                                   *Signature of Clerk or Deputy Clerk*